# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PEOPLE'S UNITED BANK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN M. WOOD, NANCY Z. )<br>WOOD, MOON RIVER )<br>DEVELOPMENT COMPANY, LLC, and )<br>WOODWIND FARMS, LLC, )<br>)<br>    Defendants | Civil Action No. 13-cv-184-PB |

and

TD BANK,

    Trustee Defendant.

## ORDER APPROVING PLAINTIFF'S VERIFIED PETITION FOR *EX PARTE* ATTACHMENT AND TRUSTEE PROCESS

After considering Plaintiff's Verified Petition for *Ex Parte* Attachment and Trustee Process, Plaintiff's Verified Petition is hereby **GRANTED** and it is hereby **ORDERED** that Plaintiff is permitted to make the attachments requested and shall complete service on the Defendants within 10 days.

It is **SO ORDERED** this __29th__ day of __April__, 2013.

_____
United States Magistrate Judge

### NOTICE TO DEFENDANT

**YOU ARE HEREBY NOTIFIED THAT THE COURT HAS AUTHORIZED THE ABOVE ATTACHMENT TO SECURE ANY JUDGMENT OR DECREE THAT THE PLAINTIFF MAY OBTAIN. YOU HAVE THE RIGHT TO ASK TO HAVE THE**

5120275.1

**ATTACHMENT REMOVED, AND TO A HEARING. IF YOU DO WISH TO MAKE SUCH A REQUEST AND TO HAVE A HEARING, YOU SHOULD FILE A WRITTEN REQUEST, DETAILING YOUR OBJECTIONS TO THE ATTACHMENT, WITH THE CLERK OF COURT, WITHIN 14 DAYS AFTER SERVICE OF THIS NOTICE ON YOU. IF YOU FAIL TO FILE SUCH A REQUEST WITHIN THAT PERIOD OF TIME, YOU WILL BE DEEMED TO HAVE WAIVED YOUR RIGHT TO A HEARING WITH REFERENCE TO THAT ATTACHMENT BUT NOT WITH REFERENCE TO THE MERITS OF THE PLAINTIFF'S CLAIM.**

April 30, 2013            /s/ James R. Starr

Date            Clerk

5120275.1